**Ex parte Claude L. LAWHON.**

No. 28681.

Court of Criminal Appeals of Texas.

Nov. 21, 1956.

**Joe Dee BENSON, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28604.

Court of Criminal Appeals of Texas.

Nov. 21, 1956.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This is an appeal from an order of the Criminal District Court No. 2 of Harris County remanding appellant to the custody of the Sheriff of Harris County.

No statement of facts accompanies the record and no bills of exception are found therein.

The proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

No attorney of record on appeal for appellant.

Henry Wade, Dist. Atty., George P. Blackburn, Asst. Dist. Atty., Dallas, and Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated; the punishment, 20 days in jail and a fine of $100.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.